

# IN THE
# TENTH COURT OF APPEALS

## No. 10-18-00178-CR

**TERRY MITCHELL,**

                                                         **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                         **Appellee**

### From the 40th District Court
### Ellis County, Texas
### Trial Court No. 42879CR

## MEMORANDUM OPINION

Terry Wayne Mitchell was convicted of Driving While Intoxicated, a third or more offense, enhanced, and sentenced to 55 years in prison. *See* TEX. PENAL CODE ANN. §§ 49.04; 49.09 (West 2011). The trial court's judgment is affirmed.

In two issues, Mitchell contends that his 55-year sentence was grossly disproportionate to the crime and inappropriate to the offender under the Eighth Amendment to the United States Constitution and Article I, Section 13 of the Texas Constitution. *See* U.S. CONST. amend. VIII; *see also* TEX. CONST. art. I, § 13.

A disproportionate-sentence claim must be preserved for appellate review. *See* TEX. R. APP. P. 33.1(a)(1); *Rhoades v. State*, 934 S.W.2d 113, 120 (Tex. Crim. App. 1996); *Mercado v. State*, 718 S.W.2d 291, 296 (Tex. Crim. App. 1986) (en banc); *see also Noland v. State*, 264 S.W.3d 144, 151 (Tex. App.—Houston [1st Dist.] 2007, pet. ref'd). At trial, Mitchell did not object to the imposed sentence. Further, Mitchell did not file a motion for new trial or otherwise present a post-trial objection to the imposed sentence. Thus, Mitchell's complaints in these two issues are not preserved and are overruled.

Having overruled Mitchell's issues on appeal, we affirm the trial court's judgment.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins[1]
Affirmed
Opinion delivered and filed February 20, 2019
Do not publish
[CRPM]



---

[1] The Honorable Al Scoggins, Senior Justice of the Tenth Court of Appeals, sitting by assignment of the Chief Justice of the Texas Supreme Court. *See* TEX. GOV'T CODE ANN. §§ 74.003, 75.002, 75.003 (West 2013).